UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
RIEGER, KENT                        §      Case No. 07-11298
RIEGER, DIANE                       §
                                    §
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK, U.S. BANKRUPTCY COURT
        7th Floor, Federal Building
        219 South Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/20/2009 in Courtroom 4016,
        United States Courthouse
        505 N. County Farm Road
        Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: 10/07/2009                By: /s/ David R. Brown /s/


DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
RIEGER, KENT § Case No. 07-11298
RIEGER, DIANE §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,048.03 |
| and approved disbursements of | $ | 12.00 |
| leaving a balance on hand of[1] | $ | 30,036.03 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee: DAVID R. BROWN | $ 3,754.80 | $ 0.00 |
| Attorney for trustee: DAVID R. BROWN | $ 6,235.00 | $ 25.10 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 43,708.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Illinois Department of Revenue | $ 129.02 | $ 59.10 |
| 8 | Illinois Department of Revenue | $ 8,417.00 | $ 3,855.52 |
| 11 | Illinois Department of Revenue | $ 6,142.00 | $ 2,813.43 |
| 18 | Internal Revenue Service | $ 29,020.15 | $ 13,293.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 498,519.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | $ 400.00 | $ 0.00 |
| 4 | American Express Bank FSB | $ 3,879.48 | $ 0.00 |
| 5 | Chase Bank USA,N.A. | $ 169.32 | $ 0.00 |
| 6 | Joseph and Maralee Kurdas | $ 122,532.34 | $ 0.00 |
| 12 | Michael Maciejewski, Ltd. Attorney | $ 48,562.65 | $ 0.00 |
| 13 | Robert and Elizabeth Taska | $ 186,652.71 | $ 0.00 |
| 14 | Joseph and Maralee Kurdas | $ 136,323.04 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 735,348.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 15 | Steiner Electric Company | $ 0.00 | $ 0.00 |
| 16 | Steiner Electric Company | $ 218,512.62 | $ 0.00 |
| 17 | Steiner Electric Co | $ 218,512.62 | $ 0.00 |
| 19 | Joseph and Maralee Kurdas | $ 136,323.04 | $ 0.00 |
| 20 | David E. Grochocinski, Ch. 7 Trustee | $ 162,000.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,817.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7A  | Illinois Department of Revenue | $ 13.00 | $ 0.00 |
| 8A  | Illinois Department of Revenue | $ 1,016.00 | $ 0.00 |
| 9   | Illinois Department of Revenue | $ 22.00 | $ 0.00 |
| 11A | Illinois Department of Revenue | $ 766.00 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ David R. Brown /s/

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey                 Page 1 of 2          Date Rcvd: Oct 28, 2009
Case: 07-11298                Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Oct 30, 2009.
db/jdb       +Kent Rieger,   Diane Rieger,   107 Geneva,   Elmhurst, IL 60126-2911
aty          +Arthur W Rummler,   Law Offices of Arthur W. Rummler,   799 Roosevelt Road,
               Building 2, Suite 104,   Glen Ellyn, IL 60137-5908
aty          +Jon N. Dowat,   Thinking Outside the Box, Inc.,   4320 Winfield Road Suite 200,
               Warrenville, IL 60555-4023
tr           +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
11441392      American Express,   Acct No 3722-681256-71002,   Box 0001,   Los Angeles, CA 90096-0001
11635688      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11441393     +Capital 1 Bk,   Acct No 400344248948,   11013 W Broad St,   Glen Allen, VA 23060-5937
11441394     +Chase,   Acct No 438854302244,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11648114     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, Tx 75374-0933
11441395      Citi Cards,   Acct No 06357010349,   P.O. Box 45129,   Elmhurst, IL 60126
13724633     +David E. Grochocinski, Ch 7 Bankruptcy Trustee for,   Grochocinski, Grochocinski & Lloyd,Ltd.,
               1900 Ravinia Place,   Orland Park, IL 60462-3760
11441397     +Developers Carpentry,   9300 West 144th Place,   Orland Park, IL 60462-2685
11477488     +Ford Motor Credit Company LLC,   P.O. Box 537901,   Livonia, MI 48153-7901
11441399      Home Depot Credit Services,   Acct No 6035322005316835,   P.O. Box 9172,
               Des Moines, IA 50368-9172
11769445     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,   Bankruptcy Section,
               100 West Randolph Street   Level 7-425,   Chicago, Illinois  60601)
12127565     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Centralized Inslovency Operations,
               P.O. Box 21126,   Philadelphia,Pa 19114)
11441401     +Joseph and Maralee Kurdas,   110 East Wilson Street,   Elmhurst, IL 60126-4431
11441402     +Kevin Addison,   851 Kearsage Avenue,   Elmhurst, IL 60126-4454
11441404     +Lord & Taylor,   Acct No R0007351,   300 Sheffield Ctr,   Lorain, OH 44055-3129
11441405     +Ltd. Financial Services L.P.,   Acct No 007592838,   7322 Southwest Freeway Suite 1600,
               Houston, TX 77074-2053
11441406     +Marshal Flds,   Acct No 314113,   P.o. Box 1628,   Maryland Heigh, MO 63043-0628
13475161     +Matthew M. Billenstein,   851 Kearsage,   Elmhurst, Illinois 60126-4454
11441407     +Mcydsnb,   Acct No 4376617411720,   9111 Duke Blvd,   Mason, OH 45040-8999
11441408     +Michael Maciejewski, Ltd. Attorney,   970 Oaklawn Ave. Ste 204,   Elmhurst, IL 60126-1000
11441409     +Nation Wide Credit,   Acct No 3722-680256-71002,   4740 N. State Road 7  Ste 108,
               Fort Lauderdale, FL 33319-5839
11441411      Private Bank and Trust,   Acct No 00003611841,   70 West Madison Suite 200,
               Elmhurst, IL 60126-3971
11441412     +Private Bank and Trust Visa,   Acct No 4798-1712-3600-3593,   P.O. Box 790408,
               Saint Louis, MO 63179-0408
11802887     +Robert and Elizabeth Taska,   235 Maple Avenue,   Elmhurst, IL 60126-2638
11441413     +Sears Gold Master Card,   Acct No 5121-0717-6375-2486,   P.O. Box 183082,
               Columbus, OH 43218-3082
11927712     +Steiner Electric Co,   Sandra Tellone,   1250 Touhy Ave,   Elk Grove Village, IL 60007-5302
11441414     +Steiner Electric Company,   Acct No 831451.0104,   c/o Clark Hill PLC,   150 N Michigan  Ste 2400,
               Chicago, IL 60601-3613
11620200     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
11441415     +United States Treasury Department,   1500 Pennsylvania Avenue,   Washington, DC 20220-0001
The following entities were noticed by electronic transmission on Oct 28, 2009.
11441398     +E-mail/Text: bankruptcy.notices@hdfsi.com                            Harley Davidson Financial,
               Acct No XXXXXX4652,   3850 Arrowhead Dri,   Carson City, NV 89706-2016
11627580     +E-mail/Text: bankruptcy.notices@hdfsi.com                            Harley-Davidson Credit,
               PO Box 21850,   Carson City, NV 89721-1850
11441400     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2009 05:37:23      Jc Penney,   Acct No 372338,
               Po Box 981402,   El Paso, TX 79998-1402
11441403     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 29 2009 05:36:15      Kohls/chase,   Acct No 030989632252,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
11441410     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   Acct No 539954,
               1844 Ferry Road,   Naperville, IL 60563-9662
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11441396      Citi-BAnk USA, N.A.,   Acct No CB5-6035322005316835
aty*         +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Oct 28, 2009
Case: 07-11298                 Form ID: pdf006           Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**                    **Signature:**    *Joseph Speetjens*